UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHY COOLEY, *et al.*,<br><br>    Defendants. | Case No.: 1:25-cv-00421-KES-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2).<br><br>ORDER DIRECTING CLERK OF COURT TO REVISE "CATHY COOLEY" TO "KATHY COOLEY" ON THE DOCKET |

Plaintiff Candace Smith, proceeding *pro se*, filed a complaint on April 10, 2025, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2). Plaintiff has made the showing required by § 1915(a).

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted. Additionally, as the complaint uses "Kathy Cooley" for the spelling of this Defendant's name, the Clerk of Court is respectfully directed to revise "Cathey Cooley" to "Kathy Cooley" on the docket. (ECF No. 1, p. 1).

IT IS SO ORDERED.

Dated: **April 14, 2025**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE